**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHRIS LANGLEY**                                                                                          **PLAINTIFF**

**v.**                           **Case No. 4:14-cv-00178-KGB**

**CITY OF SHERWOOD, ARKANSAS**                                                       **DEFENDANT**

## ORDER

Before the Court is plaintiff's motion to dismiss with prejudice this matter (Dkt. No. 14). The Court dismisses the complaint with prejudice in all respects, with each party to bear its own costs and fees, except as provided in the settlement agreement.

SO ORDERED this the 1st day of July, 2015.

_____
Kristine G. Baker
United States District Judge